JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-00093RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTION DEADLINE |
| ISAIAH P. BARRE, | |
| Defendant. | |

The defendant, having moved for an extension of the pretrial motions deadline, which is unopposed in this matter, and the Court having concluded that such an extension should be ordered, now, therefore, it is hereby

ORDERED that the time within which to file pretrial motions is hereby extended from April 22, 2016, to May 6, 2016.

DATED this 28th day of April, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*Isaiah P. Barre*, CR16-00093RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100