Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ISAIAH PAUL BARRE,<br><br>               Defendant. | No. CR16-093RAJ<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISION |

IT IS HEREBY ORDERED:

The conditions of supervision imposed under this cause number are modified as follows: The defendant shall enter and participate as instructed by the U.S. Probation Officer and/or treatment provider in an approved inpatient treatment program at the first available date. The defendant shall successfully complete the inpatient treatment program and follow any aftercare recommendations.

DATED this 20th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge