THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-93RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| ISAIAH BARRE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Defendant Isaiah Barre to seal Exhibit 1 of his Sentencing Memorandum, filed on February 27, 2017. Dkt. 35-1. The Court has considered the motion and records in this case and finds there are compelling reasons to file this exhibit under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #75) is GRANTED. Exhibit 1 to Defendant's Sentencing Memorandum, filed on February 27, 2017, shall remain under seal.

DATED this 24th day of May, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL EXHIBIT 1
TO DOCKET 35
(*USA v. Isaiah Barre*; CR16-93RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**